
FILED
CLERK, U.S. DISTRICT COURT
NOV 19 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ADAM JOINER, Defendant. | Case No. 19-MJ-4866 <br> ORDER OF DETENTION |

I.

On November 15, 2019, Defendant made his initial appearance on the criminal complaint filed in this matter. Deputy Federal Public Defender ("DFPD") Richard Rowe was appointed to represent Defendant and DFPD Craig Harbough specially appeared for Richard Rowe. At Defendant's request, the detention hearing was continued to November 19, 2019. A detention hearing was held on November 19, 2019.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving an offense with maximum sentence of life imprisonment or death.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.
☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ no bail resources
- ☒ Defendant committed the offenses alleged in the complaint while on pretrial release in case number CR 19-541-AB. Defendant pleaded guilty on October 18, 2019 and is scheduled to be sentenced on March 6, 2020.
- ☒ defendant failed to notify pretrial services of his change of residence.

As to danger to the community:

- ☒ Allegations in the affidavit in support of the complaint include that defendant, a convicted felon, generated fraudulent releases on liens on his home by forging the signatures of lien holders and attorneys and then sold his home for almost $6 million.
- ☒ the alleged conduct took place while defendant was on pretrial supervision in case number CR 19-541-AB.

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial and committed to the custody of the U.S. Marshal pending further proceedings.

Dated: November 19, 2019

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE